

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DEBRA DECKER,

        Plaintiff,

v.

LOEB ELECTRIC COMPANY, *et al.*,

        Defendants.

Case No. 2:11-cv-1162
JUDGE SMITH
MAGISTRATE JUDGE ABEL

## STIPULATED ORDER AND JUDGMENT ENTRY

This matter is before the Court on the parties' Joint Motion for Approval of Settlement ("Joint Motion") pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the parties and memorialized in the Confidential Settlement Agreement and Release of All Claims ("Settlement Agreement") submitted to the Court under seal as **Exhibit A** to the Joint Motion.

Having reviewed the Settlement Agreement and its Exhibits, and the pleadings and papers on file in this action, and for good cause established therein, the Court enters this Stipulated Order and Judgment Entry approving the Settlement, the Settlement Agreement, and its Exhibits, including the payments to Plaintiff and the proposed attorneys' fees and expense reimbursement to Plaintiff's Counsel and finds as follows:

1. The proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b). The Court finds that the Settlement

Agreement resolves numerous bona fide disputes between the parties including those under the FLSA, and resulted from arms-length negotiations between experienced counsel after substantial investigation. Plaintiff's Counsel has informed the Court that they believe the Settlement is fair, reasonable, and adequate and in the best interests of the Plaintiff. The Court has considered all relevant factors, including the risk, complexity, expense, and likely duration of the litigation; the extent of investigation and the stage of the proceedings; the amount, if any, offered in the Settlement; and the experience and views of counsel for the Parties.

2. The Court approves the Settlement Agreement and orders that the Settlement be implemented according to the terms and conditions of the Settlement Agreement and as directed herein. The Court grants final approval of the Settlement as to the Plaintiff.

3. The Court dismisses the claims of Plaintiff with prejudice, and enters final judgment dismissing the Litigation. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Stipulated Order and Judgment Entry immediately.

4. The Court retains jurisdiction over the Litigation for purposes of administration of the Settlement and enforcement of the Settlement Agreement.

**IT IS SO ORDERED.**

GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT

**SO STIPULATED:**

/s/ Katherine A. Stone
Katherine A. Stone
Robert E. DeRose
Barkan Meizlish Handelman Goodin
DeRose Wentz, LLP
250 East Broad Street, 10th Floor
Columbus, OH 43215
Telephone: 614.221.4221
Facsimile: 614.744.2300
kstone@barkanmeizlish.com
bderose@barkanmeizlish.com

Kimberly C. Young
kyoung@elkandelk.com
Elk & Elk Corp., Ltd.
6105 Parkland Boulevard
Mayfield Heights, OH 44124
Telephone: 440.442.6677
Facsimile: 440.442.7944
kyoung@elkandelk.com

*Attorneys for Plaintiff*

/s/ Gary S. Batke
Gary S. Batke
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215-3422
Telephone: 614.229.3262
Facsimile: 614.221.0479
gary.batke@baileycavalieri.com

Of Counsel:

Tiffany C. Miller
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215-3422
Telephone: (614) 229-3211
tiffany.miller@baileycavalieri.com

*Attorneys for Defendants*